15881

# IN THE DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALISHA GAMEZ-ROJANO,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:23-cv-46** |
| | § | |
| **OUTBACK STEAKHOUSE OF** | § | |
| **FLORIDA, LLC,** | § | |
| *Defendant.* | § | **JURY DEMANDED** |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), named Defendant **OUTBACK STEAKHOUSE OF FLORIDA, LLC** files this Notice of Removal, hereby removing this case from the 408th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division. In support of this Notice of Removal, Defendant respectfully shows the Court as follows:

### A.  INTRODUCTION

1.      Plaintiff is **ALISHA GAMEZ-ROJANO**. Defendant is **OUTBACK STEAKHOUSE OF FLORIDA, LLC**.

2.      On December 13, 2022, Plaintiff **ALISHA GAMEZ-ROJANO** sued **Defendant OUTBACK STEAKHOUSE OF FLORIDA, LLC** and asserted negligence and premises liability causes of action in the 408th Judicial District Court, Bexar County, Texas; Case No. 2022CI24019 (the "lawsuit" or "suit"). This lawsuit involves a slip and fall incident which occurred on or about June 19, 2022. Plaintiff is now alleging that the accident caused her to

sustain bodily injuries and other damages and has pled in her Original Petition that she "seeks monetary relief over $250,000.00, but no more than $1,000,000.00...."

     3.    Defendant **OUTBACK STEAKHOUSE OF FLORIDA, LLC** has not been served with citation in the state court case:  Cause No. 2022CI24019; *Alisha Gamez-Rojano v. Outback Steakhouse of Florida, LLC* in the 408th District Court of Bexar County, Texas. Defendant **OUTBACK STEAKHOUSE OF FLORIDA, LLC** filed its Original Answer in the state court case on December 29, 2022.

## B.  BASIS FOR REMOVAL

     4.    **Diversity Jurisdiction** – Removal is proper because there is complete diversity between the parties, 28 U.S.C. §1332(a); *Johnson v. Columbia Props. Anchorage, LP,* 437 F.3d 894, 899-900 (9th Cir. 2006).  Plaintiff is a citizen of the state of Texas. Defendant **OUTBACK STEAKHOUSE OF FLORIDA, LLC** is a citizen of Florida.

     5.    **The Amount in Controversy Exceeds $75,000** – The amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. §1332(a); *Andrews v. E.I. du Pont de Nemours & Co.,* 447 F.3d 510, 514-15 (7th Cir. 2006).  In her lawsuit, Plaintiff seeks monetary in excess of $250,000.00.

     6.    Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

     7.    Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

     8.    Defendant **OUTBACK STEAKHOUSE OF FLORIDA, LLC** will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C.  JURY DEMAND

     9.    Plaintiff did not demand a jury, but demand for a jury trial was made by Defendant

in its Original Answer in the state court suit.

### D. CONCLUSION

10.    For these reasons, Defendant **OUTBACK STEAKHOUSE OF FLORIDA, LLC**

asks the Court to remove this suit to the U.S. District Court for the Western District of Texas, San

Antonio Division, and for such other and further relief, both general and special, at law and in

equity, to which Defendant may show themselves justly entitled.

Respectfully submitted,

**FEE, SMITH & SHARP LLP**

**BRET A. SANDERS**
State Bar No. 24033152
**ASHLEY N. MORGAN**
State Bar No. 24091339
5301 Southwest Parkway, Suite 460
Austin, TX 78735
512-428-4672
512-479-8402 [Fax]
bsanders@feesmith.com
amorgan@feesmith.com

**ATTORNEYS FOR DEFENDANT**
**OUTBACK STEAKHOUSE OF FLORIDA,**
**LLC**

### CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy the foregoing instrument has been served on all attorneys of record in this cause of action on the 12th day of January 2023.

**Daniel E. Perez**
DASPIT LAW FIRM
9601 McAllister Freeway
Suite 914
San Antonio, TX 78216
(210) 526-0533
(713) 587-9086 (Fax)
**ATTORNEY FOR PLAINTIFF**

_____
**BRET A. SANDERS**